UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM AUGUSTUS PERRY, JR. ) | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | **AMENDED JUDGMENT** | |
| ) | | |
| US DEPARTMENT OF DEFENSE and ) | 4:24-cv-151-FL | |
| US NAVY ) | | |
| Defendants ) | | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 15, 2025, and for the reasons set forth more specifically therein, it is ordered that defendants' motion to dismiss is GRANTED. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction pursuant to Rule 12(b)(1).

**This Judgment Filed and Entered on July 15, 2025, and Copies To:**
William Augustus Perry, Jr. (via US mail)
Katherine Blass Asaro (via CM/ECF Notice of Electronic Notification)


July 15, 2025                    PETER A. MOORE, JR., CLERK

                                   /s/ Sandra K.Collins
                                  (By) Sandra K. Collins, Deputy Clerk